IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:14-CR-323** |
| | : | |
| **v.** | : | |
| | : | |
| **LAQUAN KELLAM** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

**AND NOW**, this 19th day of January, 2022, upon consideration of Defendant Laquan Kellam's motion to vacate his conviction and sentence under 28 U.S.C. § 2255 (Docs. 180, 188), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge